# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF OKLAHOMA

PENNY FARLEY, et al
        Plaintiff(s)

vs.                                              Case Number: 21-CV-47-TDD

EAN HOLDINGS, LLC et al.
        Defendant(s)

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1, which states:
> A nongovernmental corporate party to an action or proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

_____EAN HOLDINGS, LLC_____
[name of party]

who is a (check one)  ☐ PLAINTIFF   ☑ DEFENDANT   in this action, makes the following disclosure:

1. **Is party a publicly held corporation or other publicly held entity?**

   (Check one)   ☐ YES   ☑ NO

2. **Does party have any parent corporations?**

   (Check one)   ☑ YES   ☐ NO

   If YES, identify all parent corporations, including grandparent and great-grandparent corporations:
   Enterprise Holdings, Inc.

3. **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**

   (Check one)   ☐ YES   ☑ NO

   If YES, identify all such owners:

6:21-cv-00047-TDD   Document 10   Filed in ED/OK on 03/05/21   Page 2 of 3

4. **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

    (Check one)  ☐ YES   ☑ NO

    If YES, identify entity and nature of interest:

5. **Is party a trade association?**

    (Check one)  ☐ YES   ☑ NO

    If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

**DATED** this 5 day of March , 20 21 .

| | |
|---|---|
| S/Rachel C. Mathis | |
| Signature | |
| Rachel C Mathis | 16360 |
| Printed Name | Bar Number |
| Aston Mathis Campbell, PLLC | |
| Firm Name | |
| 2642 E 21st Street, Ste. 250 | |
| Address | |
| Tulsa | OK    74114 |
| City | State   ZIP |
| 9189499966 | 9189499968 |
| Phone | Fax |
| rmathis@amlawok.com | |
| Email Address | |

## CERTIFICATE OF SERVICE

I hereby certify that on  March 5, 2021  (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

Andrea Clinger
David Senger

I hereby certify that on _____ (Date), I served the same document by

☐ U.S. Postal Service        ☐ In Person Delivery
☐ Courier Service            ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):

                                        s/Rachel C Mathis
                                         Signature